IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00381-BNB

CHARLES ROBERT SHEPARD,

    Plaintiff,

v.

BILL RITTER, JR., dba Governor of the State of Colorado,
ARISTEDES W. ZAVARAS, dba Executive Director, Colo. Dept. of Corr.,
CHERYL SMITH, dba Director of Medical Services,
HEATHER PURDUE, dba Director of Human Services,
ANTHONY A. DeCESARO, dba Grievance Officer, CDOC, and
ANY AND ALL PARTIES (JANE AND JOHN DOE) DETERMINED TO BE
    COMPLICITOUS, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Charles Robert Shepard initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On April 28, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Shepard to file an amended complaint because Mr. Shepard failed to allege facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. Mr. Shepard was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Shepard has failed to file an amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 28 order.

Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 11 day of _____June_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00381-BNB

Charles Robert Shepard
Prisoner No. 99669
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/12/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk